```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 02-60967-CIV-ZLOCH
```

STEVEN LERMAN, JAMES
TOWNSEND, STEVE HOLT, DAVID
ECKLUND, JAMES GAUGHEN,
TIMOTHY FALK, FRANK DEL RIO,
FRED ROSS, DAVID NICKERSON,
STEPHEN LITTLEFIELD,
JIM WIGAND, SAM WERNICK,
STEPHEN MEDLEY, and LAWRENCE
LOHSEN,

      Plaintiffs,

vs.                               **FINAL JUDGMENT**

CITY OF FORT LAUDERDALE,
FLORIDA, and CITY OF FORT
LAUDERDALE POLICE OFFICERS' &
FIREFIGHTERS' RETIREMENT BOARD,

      Defendants.
_____/

    THIS MATTER is before the Court upon Defendant City of Fort Lauderdale's Motion For Summary Judgment (DE 173) and Plaintiffs' Renewed Cross Motion For Partial Summary Judgment As To Liability (DE 181). For the reasons expressed in this Court's Order disposing of said Motions, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That Final Judgment be and the same is hereby **ENTERED** in favor of Defendants City of Fort Lauderdale and City of Fort Lauderdale Police Officers' & Firefighters' Retirement Board; and

    2. Plaintiff shall take nothing by this action and Defendants

shall go hence without day.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___23rd___ day of December, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record